**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Marcus Devard MASSEY, Defendant–Appellant.**

No. 02–7063.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Marcus Devard Massey, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marcus Devard Massey appeals the district court's order and order on reconsideration denying his 18 U.S.C. § 3582(c)(2) (2000) motion to modify his term of incarceration. We have reviewed the record and the district court's opinion and find that the district court did not abuse its discretion by denying the motion. *See United States v. Turner,* 59 F.3d 481, 483 (4th Cir.1995). Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*